35104. BYCE v. BYCE et al.

Judgment affirmed without opinion pursuant to Rule 59.

*All the Justices concur.*

SUBMITTED JULY 6, 1979 — DECIDED SEPTEMBER 7, 1979.

*Lambert & Carter, E. R. Lambert,* for appellant.

*W. Seaborn Ashley, Jr.,* for appellees.